WILLIAM R. GIBSON v.
COLLINGSWOOD BOARD OF EDUCATION, *ET AL.*

March 14, 1972. Petition for certification denied.

MECHANICS NATIONAL BANK OF BURLINGTON COUNTY
v. JAMES C. BRADY, JR., COM'R, *ETC. ET AL.*

March 14, 1972. Petition for certification granted.

STATE OF NEW JERSEY v. BARRY HUGHES.

March 14, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. CLAUDIE MATHIS.

March 14, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. FRANCIS STROINSKI.

March 14, 1972. Petition for certification denied.

PASQUALE J. ZAZZARA, *IND.* & d/b/a *ETC.* v. WILLIAM
RENOVITZ, *ET AL.*

March 14, 1972. Petition for certification denied.